Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25, and 50

**United States Patent and Trademark Office**

Reg. No. 2,171,783

Registered July 7, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## REGALO

REGALO INTERNATIONAL, LLC (MINNESOTA LIMITED LIABILITY COMPANY)
5740 WAYZATA BOULEVARD
GOLDEN VALLEY, MN 55410

FOR: METAL SAFETY GATES FOR BABIES, INFANTS AND CHILDREN, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 12-0-1996; IN COMMERCE 12-0-1996.

THE ENGLISH TRANSLATION OF "REGALO" IS "GIFT" OR "PRESENT".

SN 75-163,717, FILED 9-10-1996.

JOHN SCHUYLER YARD, EXAMINING ATTORNEY

EXHIBIT C